UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re: <br><br> River North 414 LLC <br><br><br><br> Debtor(s) <br><br> Premium Themes, Inc. <br><br> Plaintiff(s) <br> Michael Lepir, Scott Eng, Ken Zaugh, and Anuj Grover <br><br><br> Defendant(s) | BK No.: 16-17324 <br><br> Chapter: 11 <br> Honorable Janet S. Baer <br><br><br> Adv. No.: 16-00401 |

## ORDER REOPENING ADVERSARY PROCEEDING

Upon review of the docket in this matter, it has been discovered that this adversary proceeding was inadvertently closed on September 20, 2016 following the entry of the Agreed Order and Stipulation (the "Stipulation") at Docket No. 16. The Stipulation provided for the conditional dismissal of this adversary proceeding as to some, but not all, of the Defendants. Because this adversary proceeding is still pending against at least one of the Defendants in this matter,

IT IS HEREBY ORDERED THAT:

This adversary proceeding is reopened, and a status hearing on this matter is scheduled for April 27, 2017 at 10:00 a.m. in Courtroom 615 at 219 South Dearborn Street, Chicago, Illinois.

Enter: *Janet S. Baer /AN/*

Dated: **- 5 APR 2017**

United States Bankruptcy Judge

**Prepared by:**

Rev: 20151029_apo