**This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.**

| STATE OF ILLINOIS, CIRCUIT COURT | ANSWER/RESPONSE TO COMPLAINT/PETITION | For Court Use Only |
|---|---|---|
| Cook                    COUNTY | | **FILED** |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

AUG 2 2 2017

JEFFREY P. ALLSTEADT, CLERK
TEAM CA

| **Instructions** ▼ | | |
|---|---|---|
| Enter above the county name where this case was filed. | Premium Themes, Inc  PTI | |
| Enter the name of the person or company that filed this case as Plaintiff/Petitioner. | **Plaintiff / Petitioner** *(First, middle, last name or Company)* | |
| Enter your name as the Defendant/ Respondent. | v. | |
| Enter the Case Number given by the Circuit Clerk. | Michael Samuel Lepir | 16-17324 |
| | **Defendant / Respondent** *(First, middle, last name)* | **Case Number** |

In **1**, enter your full name.

1. My name is: Michael _____ Samuel _____ Lepir _____
                  *First*           *Middle*        *Last*

   and I am the Defendant/Respondent.

In **2**, enter the number and letter of each paragraph and subparagraph in the Complaint/Petition.

- Check "Admit" if you agree all of the statements in the paragraph are true; or
- Check "Deny" if you disagree with any of the statements in the paragraph; or
- Check "Do Not Know" if you do not know if all of the statements in the paragraph are true or false. This means you do not have enough information to truthfully admit or deny the statements.

2. My *Answer/Response to Complaint/Petition* is:

| Paragraph Number | Subparagraph Letter *(if applicable)* | Admit | Deny | Do Not Know |
|---|---|---|---|---|
| 24 | | ☐ Admit | ☑ Deny | ☐ Do Not Know |
| | | ☐ Admit | ☐ Deny | ☐ Do Not Know |
| | | ☐ Admit | ☐ Deny | ☐ Do Not Know |
| | | ☐ Admit | ☐ Deny | ☐ Do Not Know |
| | | ☐ Admit | ☐ Deny | ☐ Do Not Know |
| | | ☐ Admit | ☐ Deny | ☐ Do Not Know |
| | | ☐ Admit | ☐ Deny | ☐ Do Not Know |
| | | ☐ Admit | ☐ Deny | ☐ Do Not Know |
| | | ☐ Admit | ☐ Deny | ☐ Do Not Know |
| | | ☐ Admit | ☐ Deny | ☐ Do Not Know |
| | | ☐ Admit | ☐ Deny | ☐ Do Not Know |
| | | ☐ Admit | ☐ Deny | ☐ Do Not Know |
| | | ☐ Admit | ☐ Deny | ☐ Do Not Know |
| | | ☐ Admit | ☐ Deny | ☐ Do Not Know |

If you run out of space, list additional paragraphs on an *Additional Paragraphs for Answer/Response to Complaint/Petition* form and check the box.

☐ I have listed additional statements on the attached *Additional Paragraphs for Answer/Response to Complaint/Petition* form.

Enter the Case Number given by the Circuit Clerk: <u>16-17324</u>

<u>735 ILCS 5/2-605(a)</u> requires that if the Complaint/Petition is verified by oath that the *Answer/Response to Complaint/Petition* must also be verified.

**If the Complaint/Petition is verified by oath, then I certify that my answers above are true and correct. I understand that making a false statement on this form is perjury and has penalties provided by law under** <u>735 ILCS 5/1-109</u>.

<u>735 ILCS 5/2-610(b)</u> requires that you swear to a lack of knowledge if you cannot admit or deny any of the statements in the Complaint/Petition.

**Where I answer "Do Not Know" to paragraphs in section 2, above, I certify that I do not have enough information to admit or deny the statements in these paragraphs. I understand that making a false statement on this form is perjury and has penalties provided by law under** <u>735 ILCS 5/1-109</u>.

<u>Il. Supreme Court Rule 137</u> requires the *Answer/Response to Complaint/Petition* be signed.

After you finish this form, sign and print your name.

*Your Signature*

Michael Lepir
*Your Name*

1937 Eva Road #55
*Street Address*

Kronenwetter, WI 54455
*City, State, ZIP*

(219) 730-4345
*Telephone*

Enter your complete current address and telephone number.

**GETTING COURT DOCUMENTS BY EMAIL:** If you agree to receive court documents by email, check the box below and enter your email address. You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information or notice of court dates. Other parties may still send you court documents by mail.

[✓] I agree to receive court documents by email.

mslepir@gmail.com
*Email*

In **2**, enter the date you send this form to the other parties. You must send this form by 5:00 p.m. on the same day it was filed with the Circuit Clerk.

**Proof of Delivery**

1.  I sent the *Answer/Response to Complaint/Petition.*

2.  At or before 5:00 P.M. on: August 16 , 20 17
    *Date*

In **3**, enter the full name and address of the parties or lawyers you are sending a copy of this form to, and check if you will send copies of this form by hand, by mail, or by email.

If a party has a lawyer, you must send a copy of this form to the lawyer.

3.  To:
    Name: U.S. Bankruptchy Court    Eastern Division    Suite 710
    *First*                         *Middle*             *Last*

    Address: 219 S. Dearborn    Chicago    IL    60604
    *Street, Apt #*              *City*     *State*  *ZIP*

    Email: _____

    By:
    [ ] Hand Delivery
    [✓] Regular, First-Class Mail, deposited into the U.S. Mail with postage paid
    [ ] Email

**CAUTION:** You may only send this form by email if the other party has agreed to receive documents in the lawsuit by email.

AR-A 1403.2                    Page 2 of 3                    (11/16)

Enter the Case Number given by the Circuit Clerk: <u>16-17324</u>

| Name: | Sean | P | Williams |
|---|---|---|---|
| | *First* | *Middle* | *Last* |

| Address: | 111 West Washington Street suite 1221 | Chicago | IL | 60602 |
|---|---|---|---|---|
| | *Street, Apt #* | *City* | *State* | *ZIP* |

Email: _____

By:
☐ Hand Delivery
☑ Regular, First-Class Mail, deposited into the U.S. Mail with postage paid
☐ Email

| Name: | | | |
|---|---|---|---|
| | *First* | *Middle* | *Last* |

| Address: | | | | |
|---|---|---|---|---|
| | *Street, Apt #* | *City* | *State* | *ZIP* |

Email: _____

By:
☐ Hand Delivery
☐ Regular, First-Class Mail, deposited into the U.S. Mail with postage paid
☐ Email

> Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.
>
> After you finish this form, sign and print your name.

**I certify that everything in the *Proof of Delivery* is true and correct. I understand that making a false statement on this form is perjury and has penalties provided by law under 735 ILCS 5/1-109.**

_____
*Your Signature*

Michael S. Lepir
_____
*Your Name*