UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | Janet S. Baer | Hearing Date | February 6, 2018 |
| Bankruptcy Case | 16 B 17324 | Adversary No. | 16 A 00401 |
| Title of Case | Premium Themes, Inc   v.   Lepir et al | | |

Brief Statement of Motion

Names and Addresses of moving counsel

Representing

## ORDER

IT IS HEREBY ORDERED, Due to conflict with this Court's Calendar, status hearing set for 3/13/18 is STRICKEN . The status hearing is reset to 3/20/18 at 10:00 a.m. before Judge Baer in courtroom 615.

JUDGE JANET S. BAER
UNITED STATES BANKRUPTCY COURT