# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | JANET S. BAER | Hearing Date | June 27, 2018 |
| Bankruptcy Case | 16-17324 | Adversary No. | 16-00401 |

**Title of Case** In re: Premium Themes, Inc. v. Lepir et al

**Brief Statement of Motion:** Complaint

**Names and Addresses of moving counsel:** See Attached Service List

**Representing:**

## ORDER

**IT IS HEREBY ORDERED that:**

Defendant Michael Lepir to answer or otherwise plead by July 31, 2018.

Set for status on August 15, 2018 at 10:00 A.M. in Courtroom 615, 219 S. Dearborn St., Chicago, IL 60604.

By: /s/ Janet S. Baer

Janet S. Baer